Case 1:26-cv-10325-LTS    Document 1-4    Filed 01/23/26    Page 1 of 1

**Court Closures Today** January 23, 2026 | Please check https://www.justice.gov/eoir-operational-status for up to date closures.



# Automated Case Information

Name: ALCOSER CUENCA, JHONATAN EFRAIN | A-Number: 245-777-106 | Docket Date: 3/15/2024

## 📅 Next Hearing Information

Your upcoming **MASTER** hearing is on **August 5, 2027** at **9:00 AM**.

**JUDGE**
Cho, Yul-mi

**COURT ADDRESS**
150 APOLLO DRIVE, SUITE 100
CHELMSFORD, MA 01824

## ⚖ Court Decision and Motion Information

*This case is pending.*

## 📝 BIA Case Information

No appeal was received for this case.

## 🏛 Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
150 APOLLO DRIVE, STE 100
CHELMSFORD, MA 01824

**PHONE NUMBER**
(978) 497-9000